UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| IN THE MATTER OF THE SEIZURE OF $30,616.05 IN BANK FUNDS FROM E*TRADE BANK ACCOUNT NUMBER ENDING 3357 AND $7,913.14 IN BANK FUNDS FROM E*TRADE BANK ACCOUNT ENDING 8051. | No. 2:21-CM-00092-VAP<br><br>ORDER EXTENDING THE DEADLINE TO FILE CIVIL FORFEITURE COMPLAINT |
|---|---|

Pursuant to the stipulation and request of the parties, and good cause appearing therefor, IT IS ORDERED that, pursuant to 18 U.S.C. § 983(a)(3)(A), the deadline by which the United States of America shall be required to file a complaint for forfeiture with respect to the above-captioned defendants $30,616.05 in Bank Funds From E*TRADE Bank Account Number Ending 3357 and $7,913.14 in Bank Funds From E*TRADE Bank Account Ending 8051 shall be extended until and including October 5, 2022.

IT IS SO ORDERED

July 7, 2022
DATE

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE